Opinion issued June 4, 2024



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00397-CV

———————————

**LINTON WINFIELD, Appellant**

**V.**

**ROSEMONT CLEAR CREEK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1196718**

---

## MEMORANDUM OPINION

Appellant, Linton Winfield, has neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). On July 25, 2023, the Clerk of this Court notified Winfield that this appeal was subject to dismissal. *See* TEX. R. APP. P. 37.3(b), 42.3(b). On August 7, 2023,

Winfield filed a response asserting that he is indigent and his "indigency was already proven in the lower courts." Contrary to Winfield's assertion, appellee filed a response demonstrating that the trial court signed an order on May 30, 2023 (1) granting appellee's contest to Winfield's Statement of Inability to Afford Payment of Court Costs or an Appeal Bond, (2) finding that Winfield's statement "was materially false when made and Linton Winfield failed to prove the inability to afford fees," and (3) ordering Winfield to pay costs associated with the case. Winfield did not file a reply. We agree with appellee's response that Winfield has failed to demonstrate indigency.

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.